**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JULIE PERKINS** **PLAINTIFF**

**v.** **CASE NO. 3:25-CV-00123-BSM**

**TRACTOR SUPPLY COMPANY, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of October, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE